**MEMO ENDORSED**

## KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DON D BUCHWALD
DIRECT LINE: (212) 808-5147
EMAIL dbuchwald@kelleydrye.com

September 25, 2012

> The application is ☒ granted.
> ___ denied.
>
> _[signature]_
> **Edgardo Ramos, U.S.D.J.**
> Dated: Sept 26, 2012
> **White Plains, New York**

**BY FACSIMILE (914) 390-4298**
Honorable Edgardo Ramos
United States District Judge
United States Courthouse
300 Quarropas Street, Room 218
White Plains, NY 10601

Re:     *United States v. Christian, et al*, 12 Cr. 626 (ER)
        My Client: Glenn Thomas

Dear Judge Ramos:

I am on the Court's CJA capital panel. On September 10, 2012, I was called by chambers and asked to undertake the representation of Glenn Thomas in the above matter under the Criminal Justice Act. Last Thursday, September 20th, I was formally appointed by Your Honor to represent Mr. Thomas. Mr. Thomas is one of six death eligible defendants charged in the recently filed indictment. I am advised by the CJA Clerk's Office that Court authorization is required in order to obtain compensation at the CJA rate for capital cases, presently set at $178/hour, rather than the regular CJA rates. I am writing to request that the Court authorize (*nunc pro tunc* to September 10, 2012) compensation to appointed counsel in this death penalty eligible case at the maximum statutory rate, presently set at $178.00/hour, pursuant to 18 U.S.C. § 3005.

I further request the Court's permission to file interim vouchers on a not more than once every three months basis.

Thank you for your consideration of this request.

Very truly yours,

_Don Buchwald_

Don D. Buchwald

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2012

DDB:lgs