## MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

July 29, 2019

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re: United States v. Glenn Thomas
                    Ind. No. 12 Cr 626 (ER)

Dear Judge Ramos:

    The Court has scheduled a status conference for August 9, 2019 in connection with my letter of July 22nd requesting the appointment of new counsel for Mr. Thomas. Unfortunately I am away then. I understand after consulting with your Honor's courtroom deputy that the earliest date to reschedule this matter when the parties and the Court are available is September 4, 2019. Thank you for your consideration of this matter.

                                            Respectfully yours,

                                            Michael H. Sporn

MHS/ss
Cc: Christopher Clore, Esq.
      Glenn Thomas, 66151-054