MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __12/19/2019__

**MEMO ENDORSED**

December 18, 2019

> Sentencing is adjourned to January 24, 2019, at 10:00 a.m.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: __12/19/2019__
> New York, New York

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Glenn Thomas</u>
Ind. No. 12 Cr 626 (ER)

Dear Judge Ramos:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for December 19, 2019 be adjourned to a date that may be convenient to the Court.[1] The reason for this request is to make sure that the record on appeal to be transmitted to the Circuit includes the Court's opinion denying our joint motion to dismiss pursuant to *Johnson* and its progeny. The government consents. Thank you for your continuing consideration of this matter.

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: Christopher Clore, Esq.

---

[1] Sentencing for the other trial co-defendants is in early April of 2020.