USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/6/2020__

**MICHAEL H. SPORN**

ATTORNEY AT LAW

299 BROADWAY

NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

January 5, 2020

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

Re: United States v. Glenn Thomas
Ind. No. 12 Cr 626 (ER)

Dear Judge Ramos:

I am compelled to once again request that new counsel be appointed to represent Mr. Thomas. Sentencing is scheduled for January 24, 2020. Mr. Thomas again has expressed the desire that I resign from his case. As your Honor undoubtedly recalls, Mr. Thomas has expressed this desire at varying post-verdict stages[1] of the proceedings only to have reversed his position, however reluctantly, after attending a conference to address the matter. He has advised me that he has written to the Court asking that I resign – although I did not receive a copy of any such correspondence – and he has been unequivocal in our most recent conversations that he does not want me to represent him. He has revived an old refrain that he does not want me to visit him or communicate with him. The attorney-client relationship is irreparably broken. Given his position, and at his urging, I renew my request that other counsel represent Mr. Thomas. Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

> Mr. Sporn is relieved as CJA counsel and is hereby substituted.
> The representation of the defendant is assigned to Sabrina Shroff.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/6/2020__
> New York, New York

MHS/ss
Cc: Christopher Clore, Esq.
    Glenn Thomas, 66151-054

---

[1] I was appointed to replace trial counsel.