**SABRINA P. SHROFF**
ATTORNEY AT LAW

233 BROADWAY
NEW YORK, NEW YORK 10007
TEL: (646) 763-1490

**MEMO ENDORSED**

December 9, 2020

> Sentencing is adjourned to March 10, 2021 at 11 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/27/2021
> New York, New York

BY ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Glen Thomas, 12 Cr. 626 (ER)

Hon. Judge Ramos,

    I was assigned to represent Glen Thomas shortly before the Covid19 pandemic disrupted the orderly judicial process that was in existence in the Southern District of New York and elsewhere. Because of the lockdowns that preceded the Covid19 outbreak in MCC-New York, I have yet to be able to meet Mr. Thomas in person; we have spoken only by phone.[1]

    Given the unusual circumstances of the year that is 2020, and because of the seriousness of this case and the sentence Mr. Thomas faces, I ask the Court to adjourn the December 10, 2020 sentence date to a date in early 2021.

    Thank you for your consideration of this request. I hope everyone in Chambers is keeping well.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel to Glen Thomas

CC: Counsel of Record

---

[1] MCC-New York was in lockdown due to Jeffrey Epstein's suicide , a gun being lose in the institution and then due to the outbreak of Covid19.