UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

       - against -

GLENN THOMAS,

                Defendant.
--------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  3/8/2021
```

**SCHEDULING NOTICE**

12 Cr. 0626-5 (ER)

The sentencing hearing previously scheduled for March 10, 2021, is hereby canceled.  **A telephone conference will be held on March 10, 2021, at 10:30 a.m.**  The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

Dated:  March 11, 2020
       New York, New York

                                            s/ Jazmin Rivera
                                            Jazmin Rivera, Courtroom Deputy