UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

–against–

RAYMOND CHRISTIAN, et al.,

                Defendants.

**ORDER**

12-cr-626-5 (ER)

RAMOS, D.J.:

    On May 17, 2024, defendant Glenn Thomas filed an amended motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Doc. 565. The Court directed the government to respond to the motion by June 4, 2024. Doc. 566. No response has been submitted as of the date of this order. The Court now directs the government to respond no later than Tuesday, July 9, 2024.

It is SO ORDERED.

Dated:    June 28, 2024.
             New York, New York

                                        EDGARDO RAMOS, U.S.D.J.